UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG HANOWSKI,<br><br>        Plaintiff,<br><br>    v.<br><br>BADRINARAYANAN KOTHANDARAMAN, et al.,<br><br>        Defendants. | Case No. 25-cv-00652-JST<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

This case has been consolidated for all purposes with Case No. 24-cv-9532 as *In re Enphase Energy, Inc. 2025 Shareholder Derivative Litigation*. ECF No. 18 at 4–5. All documents are to be filed in the lead case. *Id.* at 5. Accordingly, the Clerk is directed to close this case.

**IT IS SO ORDERED.**

Dated: March 25, 2025



JON S. TIGAR
United States District Judge